UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CIVIL MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **January 12, 2026** |
| **TIME:** | **3:00PM** |
| **FORMAT:** | ☒ In Person ☐ Video Conference ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **25-CV-3113 (SJB)(LGD)** |
| **NAME OF CASE(S):** | Matthews v. Ardito et al |
| **FOR PLAINTIFF(S):** | Gustave Paul Passanante |
| **FOR DEFENDANT(S):** | Mohammad Tahir for Nicholas Zotto |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 12:12-1:44 |

**RULINGS FROM INITIAL CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, the previously ordered discovery schedule remains in place. *See* DE [16]. Those deadlines are final; they will not be extended absent a timely showing of good cause supported by a sworn attorney declaration.

The parties are on notice that applications to extend expired deadlines retroactively will be denied.

The parties shall submit a joint status report by **3/27/2026**.

Per the Individual Practice Rules of District Judge Sanket J. Bulsara, the parties must appear before the undersigned for a settlement conference before filing a motion for summary judgment or a *Daubert* motion.

Defendants shall order a transcript of these proceeding, file the transcript on the docket, and shall provide a copy of the transcript to the Nassau County Attorney, Judge Thomas Adams, by **2/13/2026**.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge