GOLDBERG SEGALLA

Richard J. Femia | Partner
Direct 516.281.9826 | rfemia@goldbergsegalla.com

July 27, 2026

Hon. Lee G. Durst
US Magistrate Judge
***Via ECF***

**Re: Matthews v. Ardito et al**
**Civil Action No.: 25-cv-03113-SJB-LGD**

Dear Magistrate Durst:

This correspondence is written in response to this Court's Order dated July 21, 2026.

On July 22, 2026, our office filed a notice of appearance on behalf of Defendants NCPD Officer Vincent Ardito, individually, NCPD Lieutenant Sean Correale, individually, NCPD Police Medic Thomas Mastakouris, individually, NCPD Officer Christopher Drechsel, individually, NCPD Officer Kenneth Trzaskalski, individually, NCPD Officer Michael Dziubela, individually, and the County of Nassau.

This letter is submitted to confirm the same.

Respectfully,

Richard J. Femia

RJF:ses
Cc: *All Counsel of Record via ECF*